# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 23-10108-GLT |
| | : | |
| Ashley Marie Weaver, | : | CHAPTER 7 |
| Debtor. | : | |
| | : | |

## PAYMENT ADVICES FOR THE PRIOR SIXTY (60) DAYS (PROOF OF INCOME)

**DATES OF ENCLOSED PAYMENT ADVICES:**

**N/A**

**Next Payment Advice Expected (post-filing):**

**N/A**

K.S.                    WEAVER, ASHLEY MARIE

## IN THE UNITED STATED BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | **CASE NO. 23-10108-GLT** |
| | : | |
| **Ashley Marie Weaver,** | : | **CHAPTER 7** |
| **Debtor** | : | |
| | : | |
| **Ashley Marie Weaver,** | : | |
| **Movant** | : | **Filed Pursuant to Rule 1007-4** |

### VERIFICATION REGARDING PROOF OF INCOME

I, **Ashley Marie Weaver**, hereby state as follows:

1.) I am self-employed, therefore, I am unable to provide pay advices for the prior sixty (60) days.
2.) I receive $450.00 per month in Food Stamps.
3.) I receive $826.52 per month in Child Support Benefits.
4.) I operate a graphics business and bring home approximately $293.93 per month.
5.) I live with my husband who receives Social Security Benefits in the amount of $1753.00 per month.
6.) I was not required to file 2021-1022 tax returns.
7.) I have submitted to the Trustee proof of income from all sources I have in my possession.

I declare under penalty of perjury that I have read the foregoing Statement, and it is true and correct to the best of my knowledge, information, and belief.

Date: April 5, 2023 _____          /s/ Ashley Marie Weaver
                                      Debtor