Certificate Number: 03088-PAW-DE-037521046

Bankruptcy Case Number: 23-10108



03088-PAW-DE-037521046

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 18, 2023, at 9:26 o'clock PM CDT, ashley M weaver completed a course on personal financial management given by internet by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:   June 18, 2023                   By:    /s/Doug Tonne

                                        Name:  Doug Tonne

                                        Title: Counselor